IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARLOS H. GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-cv-1001-RJD |
| ) | |
| JEFFREY MOLENHOUR. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

**DALY, Magistrate Judge:**

The above action has been settled but additional time is needed to finalize settlement. The Court **DIRECTS** the Clerk of the Court to enter judgment of dismissal with prejudice 120 days from the date of this Order. Each party shall bear its own costs, unless otherwise provided in the settlement documents. If the parties fail to finalize the settlement within 120 days, they may – before that period expires – move to postpone entry of judgment until a later date. In light of the settlement, the Court **VACATES** all court dates in this case.

**IT IS SO ORDERED.**

**DATED:** March 16, 2021

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**